*In re* CONFERENCIA JUDICIAL DE PUERTO RICO.

*Número:* EC-95-6          *Resuelto:* 15 de agosto de 1995

## CONVOCATORIA

Por la presente se convoca a todos los jueces del Tribunal General de Justicia y a los miembros de la Conferencia Judicial para la Decimoctava Sesión Ordinaria de la Conferencia Judicial que habrá de celebrarse el 28 y 29 de septiembre de 1995, en el Hotel Condado Plaza, en San Juan.

Los señores Jueces Administradores, en consulta con sus compañeros magistrados, tomarán las medidas necesarias para que el mayor número de jueces pueda asistir a la Conferencia Judicial, sin afectar los calendarios de asuntos urgentes que deban ser atendidos durante el período de la Conferencia. También tomarán las medidas de rigor para que la labor de investigación y de determinación de causa probable sea atendida de forma adecuada. El sistema de turnos correspondientes a este período deberá ser notificado con suficiente antelación a los señores Fiscales de Distrito y a los Comandantes de Zona de la Policía. Cualquier

problema en relación con estas asignaciones deberá ser llevado a la atención de la Directora Administrativa de los Tribunales para que ésta adopte las providencias necesarias.

*Publíquese.*

Lo acordó el Tribunal y certifica el Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*